# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DEBARTOLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 08 C 287 |
| ) | |
| CIGNA HEALTHCARE OF ILLINOIS, INC., ) | Judge Gotschall |
| and NORTHWEST AIRLINES, INC., ) | Magistrate Judge Keys |
| ) | |
| Defendants. ) | |

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**DEFENDANT CIGNA HEALTHCARE OF ILLINOIS, INC.**

| |
|---|
| SIGNATURE: /s/ *Daniel K. Ryan* |
| FIRM  Hinshaw & Culbertson LLP |
| STREET ADDRESS  222 N. LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06196616 | 312-704-3000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | | |