**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DR. HANSEL M. DEBARTOLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 08 C 287 |
| | ) | |
| CIGNA HEALTHCARE OF ILLINOIS, INC., | ) | Judge Gottschall |
| and NORTHWEST AIRLINES, INC., | ) | Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant, CIGNA HEALTHCARE OF ILLINOIS, INC., by its attorneys, Daniel K. Ryan and Stephen D. Vernon, pursuant to Federal Rule of Civil Procedure 6(b), respectfully request that this Court grant it a 10-day enlargement of time to answer or otherwise file a responsive pleading to Plaintiff's Complaint, and in support thereof, state as follows:

1.      Plaintiff has filed a two count Complaint against Defendant.  Count I asserts a violation of the Employee Benefit Income Security Act ("ERISA"), 29 U.S.C. 1132(a)(1)(B). Count II seeks penalties under 29 U.S.C. 1132(c)(1) based on Defendant's alleged failure to provide certain plan documents to Plaintiff.

2.      Defense counsel has filed an Appearance and has been engaged in settlement negotiations with Plaintiff's counsel that, if successful, would resolve this matter in its entirety with respect to all Defendants.

3.      Defendant's answer or otherwise responsive pleading is currently due April 11, 2008.

6292602v1 885336

4.      Defendant hereby requests an additional 10 days from April 11, 2008 to answer or otherwise respond to Plaintiff's Complaint, up to and including April 21, 2008.

5.      This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation.  This time is necessary to analyze the pleading and prepare the appropriate response.

6.      Defense counsel has contacted Plaintiff's counsel regarding this motion and Plaintiff has no objection to the extension.

WHEREFORE, Defendant, CIGNA HEALTHCARE OF ILLINOIS INC., respectfully requests that this Court grant it a 10-day enlargement of time, up to and including April 21, 2008 to file a responsive pleading to the Plaintiff's Complaint.

Respectfully submitted,

CIGNA HEALTHCARE OF ILLINOIS, INC.


By:     s/ Stephen D. Vernon
        One of Its Attorneys

Daniel K. Ryan
Stephen D. Vernon
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois  60601
312-704-3000
svernon@hinshawlaw.com
dryan@hinshawlaw.com

2

6292602v1 885336