IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DEBARTOLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 08 C 287 |
| ) | |
| CIGNA HEALTHCARE OF ILLINOIS, INC., ) | Judge Gottschall |
| and NORTHWEST AIRLINES, INC., ) | Magistrate Judge Keys |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

**TO:** Stuart Philip Krauskopf
The Law Offices of Stuart P. Krauskopf
30 N. LaSalle St., Ste. 2200
Chicago, IL 60603
stu@stuklaw.com

PLEASE TAKE NOTICE that on Thursday April 17 at 9:30 a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Joan B. Gottschall, or any judge sitting in her stead, in Courtroom 2325 at the U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant's Unopposed Motion For An Enlargement of Time, a copy of which are hereby served upon you.

Respectfully submitted,

CIGNA HEALTHCARE OF ILLINOIS,
INC., and NORTHWEST AIRLINES, INC.,

David M. Schultz   By: s/*Stephen D. Vernon*
Stephen D. Vernon   One of Its Attorneys
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6306074v1 885336

## CERTIFICATE OF SERVICE

    I, the undersigned, an attorney, certify that I filed this Notice and the document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on April 11, 2008.

By: s/<i>Stephen D. Vernon</i>

6306074v1 885336