# EXHIBIT A



# CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | CIGNA HEALTHCARE OF ILLINOIS, INC. | **File Number** | 65630869 |
| **Status** | GOODSTANDING | | |
| **Entity Type** | CORPORATION | **Type of Corp** | DOMESTIC BCA |
| **Incorporation Date (Domestic)** | 06/21/2007 | **State** | ILLINOIS |
| **Agent Name** | C T CORPORATION SYSTEM | **Agent Change Date** | 06/21/2007 |
| **Agent Street Address** | 208 SO LASALLE ST, SUITE 814 | **President Name & Address** | |
| **Agent City** | CHICAGO | **Secretary Name & Address** | |
| **Agent Zip** | 60604 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 00/00/0000 | **For Year** | 2008 |
| **Old Corp Name** | 06/27/2007 - CHC MERGER CORPORATION | | |

Return to the Search Screen    Purchase Certificate of Good Standing

(One Certificate per Transaction)

## BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT B

# business inquiry

**BUSINESS DETAILS:**

| Business Name: | Business ID: | Business Address: |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY | 0279116 | NONE |

| Mailing Address: | Citizenship/State Inc: | Last Report Year: |
|---|---|---|
| NONE | Domestic/CT | |

| Business Type: | Business Status: | Date Inc./Register: |
|---|---|---|
| Stock/Insurance | Active | |

**PRINCIPALS:**

No Principal Records found for Business with ID: 0279116

**BUSINESS SUMMARY:**

| Agent Name: | Agent Business Address: | Agent Residence Address: |
|---|---|---|
| | NONE | NONE |

» **View Name History**    » **View Filing History**    » **View Shares**

Cancel