## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DEBARTOLO,  ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> CIGNA HEALTHCARE OF ILLINOIS, INC.,  ) <br> and NORTHWEST AIRLINES, INC.,  ) <br> ) <br> Defendants.  ) <br> ) | Case No.: 08 C 287 <br><br> Judge Gotschall <br> Magistrate Judge Keys |

### NOTICE OF MOTION

| TO: | **Stuart Philip Krauskopf** <br> The Law Offices of Stuart P. Krauskopf <br> 30 N. LaSalle St., Ste. 2200 <br> Chicago, IL  60603 <br> stu@stuklaw.com |
|---|---|

     PLEASE TAKE NOTICE that on Thursday, May 1, 2008 at 9:30 a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Joan B. Gottschall, or any judge sitting in her stead, in Courtroom 2325 at the U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant's Motion to Dismiss, a copy of which is hereby served upon you.

                                                           Respectfully submitted,

                                                           CIGNA HEALTHCARE OF ILLINOIS, <br>
                                                           INC., and NORTHWEST AIRLINES, INC.,

Daniel K. Ryan                                       By: s/*Stephen D. Vernon* <br>
Stephen D. Vernon                                          One of Its Attorneys <br>
Hinshaw & Culbertson LLP <br>
222 N. LaSalle, Suite 300 <br>
Chicago, IL 60601 <br>
312-704-3000

6310193v1 885336

## **CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, certify that I filed this Notice and the document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on April 21, 2008.

By: s/*Stephen D. Vernon*

6310193v1 885336