UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Hansel M DeBartolo
                Plaintiff,

v.                                      Case No.: 1:08−cv−00287
                                      Honorable Joan B. Gottschall

Cigna Healthcare of Illinois, Inc., et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable Joan B. Gottschall:Briefing schedule as to MOTION by Defendant Cigna Healthcare of Illinois, Inc. to dismiss [13] is as follows :( Responses due by 5/22/2008, Replies due by 6/2/2008.) Ruling by mail. Status hearing set for 5/14/2008 at 9:30AM is stricken. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.