UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DEBARTOLO ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C287 |
| v. ) | |
| ) | Judge Gotschall |
| CIGNA HEALTHCARE OF ILLINOIS, INC., ) | |
| and NORTHWEST AIRLINES, INC. ) | Magistrate Judge Keys |
| ) | |
| Defendants. ) | |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO DEFENDANTS' MOTION TO DISMISS**

Now comes the Plaintiff, DR. HANSEL M. DEBARTOLO ("DeBartolo"), by and through his attorneys, THE LAW OFFICES OF STUART P. KRAUSKOPF P.C., and moves for an extension of time until June 5, 2008 to file a responsive pleading to Defendants' Motion to Dismiss. Plaintiff states the following in support of this Agreed Motion.

1. Plaintiff's Complaint at Law was filed on January 11, 2008, seeking, among other things, recovery of benefits under an employee welfare benefit plan governed by Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et seq. ("ERISA").

2. Defendants filed their Motion to Dismiss on April 21, 2008.

3. Plaintiff's Response to Defendants' Motion to Dismiss is due on May 22, 2008.

4. Plaintiff and Defendants are currently involved in settlement discussions and would like the additional time to try to settle this matter.

5. On May 20, 2008, Defendants' counsel agreed to a two-week extension of time for Plaintiff to file his responsive pleading.

1

WHEREFORE, Plaintiff, DR. HANSEL M. DEBARTOLO, respectfully requests a fourteen day extension of time, to and including June 5, 2008, to file his responsive pleading to Defendants' Motion to Dismiss.

Respectfully submitted,

s/STUART P. KRAUSKOPF
Stuart P. Krauskopf

Stuart P. Krauskopf
Michael A. Schnitzer
The Law Offices of Stuart P. Krauskopf, P.C.
30 North LaSalle Street, Suite 3124
Chicago, Illinois 60602
312-377-9592
Atty. No. 41590