UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DEBARTOLO )<br>)<br>Plaintiff, )<br>) <br>) <br>v. ) <br>) <br>CIGNA HEALTHCARE OF ILLINOIS, INC., )<br>and NORTHWEST AIRLINES, INC. ) <br>) <br>Defendants. ) | Case No. 08 C287<br><br>Judge Gotschall<br><br>Magistrate Judge Keys |

**NOTICE OF AGREED MOTION**

To:   Stephen Vernon
      Daniel Ryan
      Hinshaw & Culbertson LLP
      222 N. LaSalle Street, Suite 300
      Chicago, IL 60601
      dryan@hinshawlaw.com
      svernon@hinshawlaw.com

   PLEASE TAKE NOTICE that on May 29, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan Gotschall, or whomever may be sitting in her stead, in Room 2325 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL and then and there present the attached AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO DEFENDANTS' MOTION TO DISMISS, a copy of which has been served on you.

                              Respectfully submitted,

                              s/Stuart P. Krauskopf
                              Stuart P. Krauskopf

Stuart P. Krauskopf
Lindsay M. Malitz
Michael A. Schnitzer
The Law Offices of Stuart P. Krauskopf
30 North LaSalle Street, Suite 3124
Chicago, Illinois 60602
312-377-9592
Atty. No. 41590

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 21, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve the electronically filed document on the following attorney of record:

Stephen Vernon
svernon@hinshawlaw.com

Daniel Ryan
dryan@hinshawlaw.com

                                Respectfully submitted,

                                s/Stuart P. Krauskopf
                                  Stuart P. Krauskopf

Stuart P. Krauskopf
Lindsay M. Malitz
Michael A. Schnitzer
The Law Offices of Stuart P. Krauskopf
30 North LaSalle Street, Suite 3124
Chicago, Illinois 60602
312-377-9592
Atty. No. 41590