## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Hansel M DeBartolo

                              Plaintiff,

v.                                                     Case No.: 1:08−cv−00287
                                                              Honorable Joan B. Gottschall

Cigna Healthcare of Illinois, Inc., et al.

                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:Motion for extension of time to file response regarding MOTION by Defendant Cigna Healthcare of Illinois, Inc. to dismiss[13] [16] is granted.( Response due by 6/5/2008).Mailed notice(tlp,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.