UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DEBARTOLO, <br><br> Plaintiff, <br><br> v. <br><br> CIGNA HEALTHCARE OF ILLINOIS, INC., and NORTHWEST AIRLINES, INC. <br><br> Defendants. | Case No. 08 C287 <br><br> Judge Gotschall <br><br> Magistrate Judge Keys |

## STIPULATION OF DISMISSAL

This cause coming to be heard before the Court, due notice having been given and the Court being fully advised in the premises, it is hereby Stipulated that:

1. Plaintiff's Complaint at Law against Cigna Healthcare of Illinois, Inc. and Northwest Airlines, Inc. ("Defendants") is dismissed with prejudice and with each party to bear its own costs and fees; and,

2. This order is final and appealable under Rule 54(b) of the Federal Rules of Civil Procedure and there is no just reason to delay the entry of final judgment as to the Defendants.

S/ STUART P. KRAUSKOPF
　Stuart P. Krauskopf

S/ STEPHEN VERNON
　Stephen Vernon

Stuart P. Krauskopf
Michael A. Schnitzer
The Law Offices of Stuart P. Krauskopf, P.C.
30 North LaSalle Street, Suite 3124
Chicago, Illinois 60603

Stephen Vernon
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601