## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Hansel M DeBartolo

                              Plaintiff,

v.                                                   Case No.: 1:08−cv−00287
                                                       Honorable Joan B. Gottschall

Cigna Healthcare of Illinois, Inc., et al.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to Stipulation of Dismissal [19] filed 6/27/08, this case is dismissed with prejudice and with each party to bear its own costs and fees. All pending motions and/or dates are terminated as moot. Civil case terminated. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.